SHIRLEY KOPPENAL AND NICHOLAS KOPPENAL v. THE NEWS PRINTING COMPANY AND SUSAN FROETSCHEL.

December 3, 1986.

The Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 104 *N.J.* 416 (1986))

Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, GARIBALDI and STEIN join in this order.

Justice O'HERN dissents from this order.

STATE OF NEW JERSEY, COMMISSIONER OF HEALTH v. BOARD OF HEALTH OF THE TOWNSHIP OF MORRIS.

December 3, 1986.

The Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 104 *N.J.* 426 (1986))